UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEEYA PEREDIA, INDIVIDUALLY AND ON BEHALF OF OTHER SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>TANYA BENAVIDES, EFREN ANTONIO MORENO II, AND BLUSH BRUNCH, LLC.,<br><br>Defendants. | § § § § § § § § § § § § | CASE NO. 5:23-cv-1327 |

## JOINT MOTION TO EXTEND ANSWER DATE

Plaintiff Aleeya Peredia and Defendant Tanya Benavides, Efren Antonio Moreno II, and Blush Brunch, LLC (collectively, "Defendants"), by and through their undersigned counsel, file this Joint Motion to Extend Answer Date and show the Court as follows:

1. On October 19, 2023 Plaintiff initiated this action against Defendants alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* (Doc. 1).

2. On November 6, 2023, Defendant Benavides was served with a summons requiring her to answer or otherwise respond to the Complaint by November 28, 2023. Defendants Moreno and Blush Brunch were served subsequently.

3. Subsequent to the filing of the Complaint, counsel for Plaintiff and Defendants met and conferred about Defendants' responsive pleading deadlines. During the conference, counsel agreed to extend Defendants' deadlines to answer or otherwise respond to a date beyond January 11, 2024.

4. As such, Plaintiff and Defendants move the Court to extend Defendants' deadlines to answer or otherwise respond to the Complaint to January 11, 2024.

5. The request for extension will provide time for the parties to further investigate the facts of their respective cases and determine what facts are in dispute and whether the matter can be resolved without Defendants expending attorneys' fees for filing a motion for leave to amend, preparing an answer or otherwise responding to the Complaint.

6. Wherefore, Plaintiff and Defendants move the Court to extend Defendants' answer dates until January 11, 2024 and otherwise stay the proceedings and for such further action as the Court finds necessary to enable the parties to attempt to resolve this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Josef F. Buenker* | */s/ Lisa P. Alcantar* |
| Josef F. Buenker | Lisa P. Alcantar |
| State Bar No. 03316860 | State Bar No. 24069284 |
| jbuenker@buenkerlaw.com | lalcantar@maynardnexsen.com |
| **The Buenker Law Firm** | **MAYNARD NEXSEN, P.C.** |
| P.O. Box 10099 | 7373 N. Broadway St. |
| Houston, Texas 77206 | San Antonio, Texas 78209 |
| Phone: (713) 868-3388 | Telephone: (512) 989-6558 |
| Facsimile: (713) 683-9940 | |
| | ***ATTORNEY FOR DEFENDANT*** |
| Douglas B. Welmaker | |
| State Bar No. 00788641 | |
| doug@welmakerlaw.com | |
| **Welmaker Law, PLLC** | |
| 409 N. Fredonia, Suite 118 | |
| Longview, Texas 75601 | |
| Phone: (512) 799-2048 | |
| | |
| ***ATTORNEY FOR PLAINTIFF*** | |

## CERTIFICATE OF SERVICE

I certify a true and correct copy of this document has been served on all counsel of record via the Court's ECF system on November 27, 2023.

*/s/ Lisa P. Alcantar*
Lisa P. Alcantar
