UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEEYA PEREDIA, INDIVIDUALLY AND ON BEHALF OF OTHER SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>TANYA BENAVIDES, EFREN ANTONIO MORENO II, AND BLUSH BRUNCH, LLC,<br><br>Defendants. | § § § § § § § § § § § | CASE NO. 5:23-cv-1327 |

## ORDER EXTENDING ANSWER DEADLINE

The Court having reviewed and considered the Second Joint Motion to Extend Answer Deadline by Plaintiff Aleeya Peredia and Defendants Tanya Benavides, Efren Antonio Moreno II, and Blush Brunch, LLC, and the grounds therefore, finds the Motion is well taken and grants the Motion.

It is ORDERED that the Defendants' deadlines to answer or otherwise respond to the Complaint is extended until **January 25, 2024**.

ORDERED on January _____, 2024.

_____
HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE