**IN UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ALEEYA PEREDIA, INDIVIDUALLY AND ON BEHALF OF OTHER SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | |
| | § | CASE NO. 5:23-cv-1327-XR |
| v. | § | |
| TANYA BENAVIDES, EFREN ANTONIO MORENO II, AND BLUSH BRUNCH, LLC, | § § § § § | |
| Defendants. | | |

**DEFENDANTS' ADVISORY TO THE CLERK OF COURT**

Defendants in the above-captioned case elect as follows (please select only one of the following options):

☒ We consent to proceed before a United States Magistrate Judge in accordance with provisions of Title 28 U.S.C. Section 636. Defendants in the above-captioned case waive the right to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with Title 28 U.S.C. Section 636(c)(3).

☐ I do **not** consent to proceed before a United States Magistrate Judge. Defendant in the above-captioned case elects **not** to have this case decided by a United States Magistrate Judge and prefers that this case proceed before the United States District Judge.

TANYA BENAVIDES, EFREN ANTONIO
MORENO II, AND BLUSH BRUNCH, LLC,
_____
Defendants' Name

By: _____          02/26/2024
         Signed by Attorney                                    Date