IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEEYA PAREIDA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED;<br>*Plaintiff*<br><br>-vs-<br><br>TANYA BENAVIDES, EFREN ANTONIO MORENO, BLUSH BRUNCH LLC,<br>*Defendants* | § § § § § § § § § § | SA-23-CV-01327-XR |

## PHASE I SCHEDULING ORDER

The Parties believe that it would be most efficient to conduct this litigation under the FLSA in phases, with the first phase devoted to discovery concerning class issues and then to submit additional scheduling recommendations once class issues have been resolved.

Accordingly, the disposition of this case will be controlled by the following order. If a deadline set in this order falls on a weekend or a holiday, the effective day will be the next business day.

1. Discovery relating to whether it is appropriate for notice of this matter to issue shall last until **June 20, 2024**.

2. Plaintiff's Motion for Notice shall be filed by **July 22, 2024**.

3. Defendants' Response shall be filed no later than **21 days** after the date of Plaintiff's Motion for Notice.

4. Plaintiff's Reply shall be filed no later than **7 days** after the date of Defendants' Response.

Within 15 days after either (1) the close of the class notice period, if any, or (2) the date the Court denies Plaintiff's Motion for Notice, the parties shall confer and submit further joint proposed scheduling recommendations. Such recommendations should include proposed deadlines for the completion of discovery, filing Rule 26(a)(3) disclosures and objections, pretrial

motions (including dispositive motions and Daubert motions), and a Final Joint Pretrial Order and any motion in limine.

It is so **ORDERED**.

**SIGNED** this 22nd day of March, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE