## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

|  |  |  |
|---|---|---|
| ALEEYA PAREIDA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED; | § § § § | |
| *Plaintiff*, | § § | Civil Action No. SA-23-CV-01327-XR |
| v. | § § | |
| TANYA BENAVIDES, EFREN ANTONIO MORENO,  BLUSH BRUNCH LLC, | § § | |
| *Defendants.* | | |

## ORDER SETTING STATUS CONFERENCE
## AND HEARING ON ALL PENDING MOTIONS

On this day the Court considered the status of this case.  This case is set for an in-person status conference and hearing on all pending motions, if any, on **Tuesday, May 07, 2024** at **10:30 a.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. The parties should be prepared to discuss all pending motions.

It is so **ORDERED**.

**SIGNED** April 3, 2024.


XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE