UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEEYA PEREDIA, INDIVIDUALLY AND ON BEHALF OF OTHER SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | CASE NO. 5:23-cv-1327-XR |
| v. | § | |
| TANYA BENAVIDES, EFREN ANTONIO MORENO II, AND BLUSH BRUNCH, LLC., | § § § § § | |
| Defendants. | | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff Aleeya Pereida ("Plaintiff") and Defendants Defendant Tanya Benavides, Efren Antonio Moreno II, and Blush Brunch, LLC ("Defendants") (collectively "the Parties") stipulate and agree that as Plaintiff no longer desires to pursue her claims against Defendants, any and all allegations, claims, and defenses asserted by and between them in the above-styled and numbered action should be dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(ii) and each party shall bear their own fees and costs.

WHEREFORE, Plaintiff and Defendants respectfully request the Court enter an order dismissing with prejudice any and all claims asserted by and between Plaintiff and Defendants in this action with each party bearing their own attorney's fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Josef F. Buenker* | */s/ Lisa P. Alcantar* |
| Josef F. Buenker | Lisa P. Alcantar |
| State Bar No. 03316860 | State Bar No. 24069284 |
| jbuenker@buenkerlaw.com | lalcantar@maynardnexsen.com |
| **The Buenker Law Firm** | **MAYNARD NEXSEN, P.C.** |
| P.O. Box 10099 | 7373 N. Broadway St. |
| Houston, Texas 77206 | San Antonio, Texas 78209 |
| Phone: (713) 868-3388 | Telephone: (512) 989-6558 |
| Facsimile: (713) 683-9940 | |
| | ***ATTORNEY FOR DEFENDANTS*** |

/s/ Douglas B. Welmaker
Douglas B. Welmaker
State Bar No. 00788641
doug@welmakerlaw.com
**Welmaker Law, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

On April 25, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                  */s/ Douglas B. Welmaker*
                                                  Douglas B. Welmaker